

FILED
U.S. DISTRICT COURT
ASTERN DISTRICT OF LA

2005 FEB -4  PM 12: 36

LORETTA G. WHYTE
CLERK

# FELONY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF THE FEDERAL
CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 05-036 |
| v. | * | SECTION: SECT. K MAG. 1 |
| HAI NGUYEN<br>MARJORIE REDDICKS<br>TIEN NGUYEN<br>DONALD BROWER<br>QUAN TRAN | * | VIOLATION: 21 U.S.C. § 841<br>21 U.S.C. § 846<br>18 U.S.C. § 924(C) |

\* \* \*

The Grand Jury charges that:

## COUNT 1

Beginning at a time unknown to the Grand Jury, but prior to on or about November 2004 and continuing until on or about January 29, 2005, in the Eastern District of Louisiana, and elsewhere, the defendants, **HAI NGUYEN, MARJORIE REDDICKS, DONALD BROWER, QUAN TRAN,** and **TIEN NGUYEN**, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known

___ Fee  USA
___ Process_____
 X   Dktd_____
___ CtRmDep_____
___ Doc. No  1

and unknown to the Grand Jury, to distribute and to possess with the intent to distribute quantities of 3, 4 methylenedioxmethamphetamine ("ecstacy", "MDMA"), a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about January 29, 2005, in the Eastern District of Louisiana, the defendant, **MARJORIE REDDICKS,** did knowingly use and carry a firearm, to wit: a Rossi, .38 caliber, revolver, bearing serial number VJ50129; during and in relation to the commission of a drug trafficking crime, to wit: conspiracy to distribute and to possess with the intent to distribute quantities of 3, 4 methylenedioxmethamphetamine ("ecstacy", "MDMA"), in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT 3

On or about January 29, 2005, in the Eastern District of Louisiana, the defendant, **HAI NGUYEN**, did knowingly possess four firearms, to wit: a Llama, .45 caliber semi-automatic handgun, bearing serial number A30569, a Bryco model 59, .9mm semi-automatic handgun, bearing serial number 742168, a Ruger model P95, .9mm semi-automatic handgun, bearing serial number 315-00830 and a Intratec, .9mm semi-automatic handgun, serial number A052819; in furtherance of the commission of a drug trafficking crime, to wit: conspiracy to distribute and to possess with the intent to distribute quantities of 3, 4 methylenedioxmethamphetamine ("ecstacy", "MDMA"), in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

1.      The allegation of Count 1 of this indictment is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offense alleged in Count 1 the defendants, **HAI NGUYEN, MARJORIE REDDICKS, DONALD BROWSER, QUAN TRAN,** and **TIEN NGUYEN**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count 1 of this indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third person;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll No: 8517

_____
JAN MASELLI MANN
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No: 9020

_____
JOHN MURPHY
Assistant United States Attorney

New Orleans, Louisiana
February 4, 2005